UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KOLEMAN R. FINKELSTEIN | * | CIVIL ACTION |
| | * | |
| | * | NO. 22-1180 |
| | * | |
| VERSUS | * | |
| | * | JUDGE DAVID C. JOSEPH |
| | * | |
| THE OLD EVANGELINE DOWNS, L.L.C. | * | MAG. WHITEHURST |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF COMPLIANCE**</u>

**NOW INTO COURT,** through undersigned counsel, comes defendant, The Old Evangeline Downs, L.L.C., and pursuant to this Court's Removal Order dated 5 May 2022 [R. Doc. 6], lists all parties and their counsel of record. Defendant also provides all pleadings and service of process filed by either plaintiff or defendant in the matter entitled *"Koleman Finklestein v. The Old Evangeline Downs, LLC"* bearing Civil Action No. C-2210413, in the 27th Judicial District Court for the Parish of St. Landry, State of Louisiana:

1

1. **List of Parties:**

   **Plaintiff**
   **Koleman R. Finkelstein**
   Represented by:
   Alexandre E. Bonin
   aeb@boninlawfirm.com
   R. Christian Bonin
   rcb@boninlawfirm.com
   J. Marc Bonin
   jmvb@boninlawfirm.com
   Bonin Law
   4224 Canal Street
   New Orleans, LA 70119
   Telephone: (504) 586-0064
   Fax: (504) 488-4114

   **Defendant:**
   **The Old Evangeline Downs, LLC**
   Represented by:
   John H. Musser, V, Esq.
   jmusser@mrsnola.com
   Tarryn E. Walsh, Esq.
   twalsh@mrsnola.com
   Brittney I. Esie, Esq.
   besie@mrsnola.com
   Murphy, Rogers, Sloss, Gambel & Tompkins
   701 Poydras Street, Suite 400
   New Orleans, LA 70139
   Telephone: (504) 523-0400
   Fax: (504) 523-5574

2. **List of Pleadings attached as Exhibit "A":**

   1. Citation for Petition to The Old Evangeline Downs, LLC

   2. Plaintiff's Petition for Damages;

   3. Sheriff's Return; and

2

    4.   Defendant, The Old Evangeline Downs, LLC's Notice of Removal.

**3.**    **Certificate of Compliance**

Undersigned counsel hereby certifies that the above constituted the entire state court record as of the date of removal.

> Respectfully submitted,
>
> MURPHY, ROGERS, SLOSS,
>   GAMBEL & TOMPKINS
>
> */s/ John H. Musser, V*
> John H. Musser, V (#22545)
> jmusser@mrsnola.com
> Brittney I. Esie (#39174)
> besie@mrsnola.com
> 701 Poydras Street
> Suite 400, One Shell Square
> New Orleans, LA   70139
> Telephone: (504) 523-0400
> Facsimile: (504) 523-5574
> *Attorneys for Defendant, The Old Evangeline Downs, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that 11 May 2022, a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

> */s/ John H. Musser, V*

4876-2214-4031, v. 1