# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **KOLEMAN R FINKELSTEIN** | **CIVIL DOCKET NO. 6:22-CV-01180** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **OLD EVANGELINE DOWNS LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 22] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 22] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION [DOC. 22], Plaintiff's MOTION TO REMAND AND FOR ATTORNEY FEES [Doc. 11] is DENIED.

THUS, DONE AND SIGNED in chambers at Lafayette, Louisiana, this 20th day of July, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE